UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-61395-MD

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,
Plaintiff,

v.

BITTENCOURT PROPERTY LLC d/b/a FLORIDA LUXURY CONCIERGE SERVICES,
Defendant.

_____/



## DEFENDANT'S MOTION TO REOPEN AND RECONSIDER DEFAULT

COMES NOW, the Defendant, **Bittencourt Property LLC d/b/a Florida Luxury Concierge Services** ("Defendant"), by and through the undersigned counsel, and respectfully moves this Honorable Court to reopen and reconsider the default entered in the above-captioned matter, and in support thereof states as follows:

1. **Background**
   On October 3rd 2024, a default was entered against the Defendant in this action filed by the Plaintiff, Affordable Aerial Photography, Inc. The Defendant acknowledges the current standing of the case but requests the Court to reopen and reconsider the default for the reasons set forth below.

2. **Claim Filed with Defendant's Insurance Company**
   The Defendant has been diligently working to resolve this matter. A claim was filed under Defendant's insurance policy with **Chubb North America Claims ("Chubb")**, identified by **Claim Number KY24K2939266**, under **Policy Number F162753323**. The Defendant has made a good faith effort to address the Plaintiff's claims through its insurance provider, as the attached email correspondence from Chubb reflects.

3. **Ongoing Settlement Discussions**
   According to the latest communication from Chubb (attached hereto as Exhibit A), Chubb has already initiated contact with the Plaintiff to negotiate a settlement agreement that would satisfy the judgment entered against the Defendant. As such, the Defendant has not ignored the legal proceedings but has been actively seeking resolution through proper channels.

4. **Basis for Reopening and Reconsideration**
   The Defendant's failure to respond to the Court within the specified time frame was not due to neglect or disregard for the judicial process. Rather, the Defendant relied on its insurance company, Chubb, to handle and resolve the matter on its behalf. Defendant requests that this Honorable Court reopen the case to allow for continued settlement discussions and prevent unnecessary enforcement of default.

1

5. **Request for Relief**
   The Defendant respectfully requests that this Court: a. Reopen the case and reconsider the default judgment entered against the Defendant; b. Allow time for the ongoing settlement negotiations between the Plaintiff and Chubb to reach a resolution; c. Grant any other relief that this Honorable Court deems just and proper.

WHEREFORE, the Defendant, Bittencourt Property LLC d/b/a Florida Luxury Concierge Services, respectfully requests that this Honorable Court reopen and reconsider the default entered in this matter, allowing for continued settlement negotiations with the Plaintiff.

**Dated:** 10/10/2024

Respectfully submitted,

---

## STATEMENT

**STATE OF FLORIDA**
**COUNTY OF BROWARD**

BEFORE ME, the undersigned authority, personally appeared **CARLOS GONCALVES**, who after being duly sworn, deposes and states:

1. That I am the MANAGER of Bittencourt Property LLC d/b/a Florida Luxury Concierge Services, the Defendant in this matter.
2. That I have reviewed the facts set forth in this Motion to Reopen and Reconsider Default, and the statements contained herein are true and correct to the best of my knowledge and belief.
3. That this sworn statement is executed in support of the Motion to Reopen and Reconsider Default and is made under penalty of perjury under the laws of the State of Florida.

FURTHER AFFIANT SAYETH NAUGHT.

---

**CARLOS GONCALVES**

[MANAGER]

**Sworn to and subscribed before me** by **CARLOS GONCALVES**, who is personally known to me or who has produced FLORIDA DL NUMBER DL#G524-100-77-284-0 as identification, this 10th day of October, 2024.

_____

NOTARY PUBLIC, State of Florida

GLAUCIA BARBOZA BASTOS
Commission # HH 269806
Expires September 24, 2026



Reusable Env

Recycle

